WHATLEY KALLAS, LLC
Alan M. Mansfield (Of Counsel)
(SBN 125998)
amansfield@whatleykallas.com
580 California Street, 16th Floor
San Francisco, CA 94104
Tel: (415) 860-2503
Fax: (888) 331-9633

10200 Willow Creek Rd., Ste 160
San Diego, CA 92131
Tel: (619) 308-5034
Fax: (855) 274-1888

WHATLEY KALLAS, LLC
Joe J. Whatley, Jr.
(Admitted *Pro Hac Vice*)
Patrick J. Sheehan
(Admitted *Pro Hac Vice*
380 Madison Avenue, 23rd Floor
New York, NY 10017
Tel: (212) 447-7060
Fax: (800) 922-4851

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SANDRA McKINNON and KRISTEN TOOL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>DOLLAR THRIFTY AUTOMOTIVE GROUP, INC. d/b/a DOLLAR RENT A CAR; DOLLAR RENT A CAR, INC.; DTG OPERATIONS, INC. d/b/a DOLLAR RENT A CAR; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 12-cv-04457- SC<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR BRIEFING ON DEFENDANTS' MOTIONS TO DISMISS FIRST AMENDED COMPLAINT AND TO STRIKE CLASS ALLEGATIONS; DECLARATION OF ALAN M. MANSFIELD IN SUPPORT**<br><br>Hearing Date: February 15, 2013<br>Time: 10:00 a.m.<br>Judge: Hon. Samuel Conti<br>Courtroom: 1<br><br>[Complaint Filed: August 24, 2012] |

1  Pursuant to Fed. R. Civ. Proc. 15, and Civil L.R. 7-12, 6-1(b) and 6-2, it is hereby
2  stipulated by and between the parties, through their respective counsel, as follows:

3  WHEREAS, Defendants Dollar Thrifty Automotive Group, Inc., Dollar Rent A Car, Inc.,
4  and DTG Operations, Inc. (collectively "Dollar"), on December 12, 2012, filed motions to dismiss
5  and to strike class allegations directed at the First Amended Complaint pursuant to Fed. R. Civ.
6  Proc. Rules 12(b)(6) and 23(d)(1)(D) (Dkt. Nos. 33 and 34);

7  WHEREAS, in order to accommodate scheduling demands, holiday schedules, and present
8  scheduling conflicts, the parties wish to set a briefing schedule as follows:

9  Plaintiffs' opposition papers in response to Defendants' Motions shall be due on or before
10 January 15, 2013;

11 Defendants' reply papers in support of their Motions shall be due on or before February 1,
12 2013.

13 The hearing date shall remain on February 15, 2013 at 10:00 a.m., which was the earliest
14 available date for a hearing on such motions.

15 NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT the parties
16 agree to the above schedule.

17 Dated:  December 13, 2012                    WHATLEY KALLAS LLC

18                                              By:    *S/Alan M. Mansfield*
19                                                     ALAN M. MANSFIELD
                                                       amansfield@whatleykallas.com
20                                                     580 California Street, 16th Floor
                                                       San Francisco, CA 94104
21                                                     Tel: (415) 860-2503
                                                       Fax: (888) 331-9633
22                                                     10200 Willow Creek Rd., Ste 160
                                                       San Diego, CA 92131
23                                                     Tel: (619) 308-5034
                                                       Fax: (855) 274-1888
24
25
26
27
28

| | |
|---|---|
| | JOE R. WHATLEY JR. (Admitted *Pro Hac Vice*) |
| | jwhatley@whatleykallas.com |
| | PATRICK J. SHEEHAN (Admitted *Pro Hac Vice*) |
| | psheehan@whatleykallas.com |
| | 380 Madison Avenue, 23rd Floor |
| | New York, NY 10017 |
| | Tel: (212) 447-7060 |
| | Fax: (800) 922-4851 |
| | |
| | Attorneys for Plaintiffs SANDRA McKINNON and KRISTEN TOOL |

Dated: December 13, 2012          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: _____
    */s/ Peter S. Hecker*
    PETER S. HECKER
    Attorneys for Defendants
    DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., DOLLAR RENT A CAR, INC. and DTG OPERATIONS, INC.

**Filer's Attestation:** Pursuant to L.R. 5-1(i)(3), Alan M. Mansfield hereby attests that concurrence in the filing of this document has been obtained from all signatories.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December __, 2012

_____
The Hon. Samuel Conti
United States District Judge

### DECLARATION OF ALAN M. MANSFIELD

I, ALAN M. MANSFIELD, declare:

1. I am an attorney duly admitted to practice before this Court. I am with the law firm of Whatley Kallas, LLC, counsel for Plaintiffs in this case. I have personal knowledge of the facts set forth below.

2. As set forth in the above stipulation, the parties have stipulated that briefing on the two recently filed motions directed at the First Amended Complaint filed in this action shall be completed on or before February 1, 2013, and that the hearing on such motions shall remain set for February 15, 2013, which according to counsel for Defendants was the first available hearing date for such motions.

3. The reason for the requested extension is to permit counsel to adequately prepare and submit their respective responses and replies to the pending motions directed at the First Amended Complaint, and to accommodate counsels' scheduling demands, holiday schedules and present scheduling conflicts.

4. The only previous time modifications in this case are the parties' stipulation pursuant to L.R. 6-1(a) to extend Dollar's time to respond to the Complaint to and including October 18, 2012 (Dkt. #11), a Stipulation to extend the time to respond and reply to motions directed at the original Complaint (Dkt. #21 and #22), and the Stipulation extending time for Plaintiffs to file their First Amended Complaint to November 15, 2012 and for Defendants to file their motions by December 12, 2012 directed at the First Amended Complaint (Dkt. #24).

5. The Case Management Conference in this matter previously set for December 14, 2012 has been continued to March 1, 2013, and these motions are already set for hearing on February 15, 2013. The above stipulation will not affect those dates, as the briefing on motions directed at the First Amended Complaint shall be completed by February 1, 2013, two weeks

/ / /

/ / /

/ / /

/ / /

STIPULATION TO EXTEND TIME FOR BRIEFING ON DEFTS' MOTIONS TO DISMISS AND TO STRIKE; DECLARATION IN SUPPORT     Case No. 12-cv-04457-SC

1  before the date of that hearing.  Accordingly, I do not believe the requested extension should have
2  any impact on the schedule for the case.
3  　　　I declare under penalty of perjury under the laws of the United States that the foregoing is
4  true and correct.  Executed this 13th day of December, 2012 at San Diego, California.

6  　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Alan M. Mansfield*