WHATLEY KALLAS, LLC
Alan M. Mansfield (Of Counsel)
(SBN 125998)
amansfield@whatleykallas.com
1 Sansome Street, 35th Floor, PMB #131
San Francisco, CA 94104
Tel: (415) 860-2503
Fax: (888) 331-9633

10200 Willow Creek Rd., Ste. 160
San Diego, CA 92131
Tel: (619) 308-5034
Fax: (855) 274-1888

WHATLEY KALLAS, LLC
Joe J. Whatley, Jr.
(Admitted *Pro Hac Vice*)
Patrick J. Sheehan
(Admitted *Pro Hac Vice*)
380 Madison Avenue, 23rd Floor
New York, NY 10017
Tel: (212) 447-7060
Fax: (800) 922-4851

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SANDRA McKINNON and KRISTEN TOOL, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>DOLLAR THRIFTY AUTOMOTIVE GROUP, INC. d/b/a DOLLAR RENT A CAR; DOLLAR RENT A CAR, INC.; DTG OPERATIONS, INC. d/b/a DOLLAR RENT A CAR; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. 12-cv-04457- SC<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR BRIEFING ON DEFENDANTS' MOTION TO DISMISS PORTIONS OF SECOND AMENDED COMPLAINT; DECLARATION OF ALAN M. MANSFIELD IN SUPPORT**<br><br>Hearing Date:　June 7, 2013<br>Time:　　　　　10:00 a.m.<br>Judge:　　　　Hon. Samuel Conti<br>Courtroom:　　1<br><br>[Complaint Filed:  August 24, 2012] |

Pursuant to Fed. R. Civ. Proc. 15, Civil L.R. 7-12, 6-1(b) and 6-2, and the Declaration of Alan M. Mansfield, it is hereby stipulated by and between the parties, through their respective counsel, as follows:

WHEREAS, Defendants Dollar Thrifty Automotive Group, Inc., Dollar Rent A Car, Inc., and DTG Operations, Inc. (collectively "Dollar"), on April 22, 2013, filed a motion to dismiss directed at the Second Amended Complaint pursuant to Fed. R. Civ. Proc. Rule 12(b)(6) (Dkt. No. 51);

WHEREAS, in order to accommodate scheduling demands and present scheduling conflicts, the parties wish to set a briefing schedule as follows:

Plaintiffs' opposition papers in response to Defendants' Motion shall be due on or before May 10, 2013;

Defendants' reply papers in support of their Motion shall be due on or before May 21, 2013.

The present hearing date shall remain set for June 7, 2013 at 10:00 a.m.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT the parties agree to the above schedule.

Dated: May 2, 2013                    WHATLEY KALLAS LLC

By:___*S/Alan M. Mansfield*_____
ALAN M. MANSFIELD
amansfield@whatleykallas.com
1 Sansome Street, 35th Floor, PMB #131
San Francisco, CA 94104
Tel: (415) 860-2503
Fax: (888) 331-9633

10200 Willow Creek Rd., Ste 160
San Diego, CA 92131
Tel: (619) 308-5034
Fax: (855) 274-1888

|   |   |
|---|---|
| 1 | JOE R. WHATLEY JR. (Admitted *Pro Hac Vice*) |
| 2 | jwhatley@whatleykallas.com<br>PATRICK J. SHEEHAN (Admitted *Pro Hac Vice*) |
| 3 | psheehan@whatleykallas.com<br>380 Madison Avenue, 23rd Floor |
| 4 | New York, NY 10017<br>Tel: (212) 447-7060 |
| 5 | Fax: (800) 922-4851 |
| 6 | Attorneys for Plaintiffs  SANDRA McKINNON and KRISTEN TOOL |

Dated:  May 2, 2013                           SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By:   /s/ Peter S. Hecker
PETER S. HECKER
Attorneys for Defendants
DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., DOLLAR RENT A CAR, INC. and DTG OPERATIONS, INC.

**Filer's Attestation:** Pursuant to L.R. 5-1(i)(3), Alan M. Mansfield hereby attests that concurrence in the filing of this document has been obtained from all signatories.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  May  6 , 2013

*/s/ Judge Samuel Conti*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-3-

STIPULATION TO EXTEND TIME FOR BRIEFING ON DEFTS'                 Case No. 12-cv-04457-SC
MOTION TO DISMISS 2ND AMENDED COMPLAINT; DECL. IN SUPPORT