| | |
|---|---|
| 1 | WHATLEY KALLAS, LLP |
| | Alan M. Mansfield (Of Counsel) |
| 2 | (SBN 125998) |
| | amansfield@whatleykallas.com |
| 3 | 1 Sansome Street, 35th Floor, PMB #131 |
| | San Francisco, CA 94104 |
| 4 | Tel: (415) 860-2503 |
| | Fax: (888) 331-9633 |
| 5 | |
| | 10200 Willow Creek Rd., Ste. 160 |
| 6 | San Diego, CA 92131 |
| | Tel: (619) 308-5034 |
| 7 | Fax: (855) 274-1888 |
| 8 | WHATLEY KALLAS, LLP |
| | Joe R. Whatley, Jr. |
| 9 | (Admitted *Pro Hac Vice*) |
| | Patrick J. Sheehan |
| 10 | (Admitted *Pro Hac Vice* |
| | 380 Madison Avenue, 23rd Floor |
| 11 | New York, NY 10017 |
| | Tel: (212) 447-7060 |
| 12 | Fax: (800) 922-4851 |
| 13 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SANDRA McKINNON and KRISTEN TOOL, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br> v. <br><br> DOLLAR THRIFTY AUTOMOTIVE GROUP, INC. d/b/a DOLLAR RENT A CAR; DOLLAR RENT A CAR, INC.; DTG OPERATIONS, INC. d/b/a DOLLAR RENT A CAR; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 12-cv-04457- SC <br><br> <u>CLASS ACTION</u> <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR BRIEFING AND HEARING ON DEFENDANTS' MOTION FOR PROTECTIVE ORDER; DECLARATION OF ALAN M. MANSFIELD IN SUPPORT** <br> IT IS SO ORDERED AS MODIFIED <br> Current Hearing Date: August 9, 2013 <br> Time: 10:00 a.m. <br> Judge: Hon. Samuel Conti <br> Courtroom: 1 <br><br> Proposed New Date: August 16, 2013 <br> Time: 10:00 a.m. <br><br> [Complaint Filed: August 24, 2012] |

---

STIPULATION TO EXTEND TIME FOR BRIEFING AND HEARING                                 Case No. 12-cv-04457-SC
ON DEFTS' MOTION FOR PROTECTIVE ORDER; DECL. IN SUPPORT

1  Pursuant to Civil L.R. 7-12, 6-1(b) and 6-2, and the Declaration of Alan M. Mansfield, it is
2  hereby stipulated by and between the parties, through their respective counsel, as follows:

3  WHEREAS, Defendants Dollar Thrifty Automotive Group, Inc., Dollar Rent A Car, Inc.,
4  and DTG Operations, Inc. (collectively "Dollar"), on June 28, 2013, filed a motion for protective
5  order relating to certain outstanding discovery pursuant to Fed. R. Civ. Proc. Rule 26 (Dkt. No.
6  66);

7  WHEREAS, in order to accommodate scheduling demands and present scheduling
8  conflicts, the parties wish to set a briefing schedule if the motion cannot be resolved by agreement:

9  Plaintiffs' opposition papers in response to Defendants' Motion shall be due on or before
10 July 19, 2013;

11 Defendants' reply papers in support of their Motion shall be due on or before August 2,
12 2013.

13 The present hearing date shall be continued to August ~~16~~ 23, 2013 at 10:00 a.m., before this
14 Court unless the motion is assigned to a Magistrate Judge for consideration;

15 NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT the parties
16 agree to the above schedule.

17 Dated:  July 8, 2013                WHATLEY KALLAS LLP

18                                    By:    /S/Alan M. Mansfield
19                                        ALAN M. MANSFIELD
                                         amansfield@whatleykallas.com
20                                       1 Sansome Street, 35th Floor, PMB #131
                                         San Francisco, CA 94104
21                                       Tel: (415) 860-2503
                                         Fax: (888) 331-9633

22                                       10200 Willow Creek Rd., Ste 160
                                         San Diego, CA 92131
23                                       Tel: (619) 308-5034
                                         Fax: (855) 274-1888
24
25
26
27
28
-2-
SSTIPULATION TO EXTEND TIME FOR BRIEFING AND HEARING                 Case No. 12-cv-04457-SC
ON DEFTS' MOTION FOR PROTECTIVE ORDER; DECL. IN SUPPORT

JOE R. WHATLEY JR. (Admitted *Pro Hac Vice*)
jwhatley@whatleykallas.com
PATRICK J. SHEEHAN (Admitted *Pro Hac Vice*)
psheehan@whatleykallas.com
380 Madison Avenue, 23rd Floor
New York, NY 10017
Tel: (212) 447-7060
Fax: (800) 922-4851

Attorneys for Plaintiffs  SANDRA McKINNON and KRISTEN TOOL

Dated:  July 8, 2013                    JENNER & BLOCK LLP

By:
         */s/ John F. Ward, Jr.*
         JOHN F. WARD, JR.

ROSS B. BRICKER [(Admitted Pro Hac Vice)]
JOHN F. WARD, JR. [(Admitted Pro Hac Vice)]
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Telephone:    312-222-9350
Facsimile:    312-527-0484

Attorneys for Defendants
DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., DOLLAR RENT A CAR, INC. and DTG OPERATIONS, INC.

**Filer's Attestation:**  Pursuant to L.R. 5-1(i)(3), Alan M. Mansfield hereby attests that concurrence in the filing of this document has been obtained from all signatories.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  July  9 , 2013

IT IS SO ORDERED AS MODIFIED
Judge Samuel Conti

-3-
SSTIPULATION TO EXTEND TIME FOR BRIEFING AND HEARING                    Case No. 12-cv-04457-SC
ON DEFTS' MOTION FOR PROTECTIVE ORDER; DECL. IN SUPPORT