ROSS T. BRICKER (admitted *pro hac vice*) rbricker@jenner.com
JOHN F. WARD, JR. (admitted *pro hac vice*) jward@jenner.com
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456

KENNETH E. KELLER (State Bar No. 71450) kkeller@ksrh.com
TRACY M. CLEMENTS (State Bar No. 184150) tclements@ksrh.com
KELLER, SLOAN, ROMAN & HOLLAND LLP
555 Montgomery Street, 17th Floor
San Francisco, CA 94111
Telephone: (415) 249-8330
Facsimile: (415) 249-8333

Attorneys for Defendants DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., DOLLAR RENT A CAR, INC. and DTG OPERATIONS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SANDRA McKINNON and KRISTEN TOOL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DOLLAR THRIFTY AUTOMOTIVE GROUP, INC. d/b/a DOLLAR RENT A CAR; DOLLAR RENT A CAR, INC.; DTG OPERATIONS, INC. d/b/a DOLLAR RENT A CAR; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: C12-4457 SC<br><br>**SUBSTITUION OF COUNSEL** |

Defendants Dollar Thrifty Automotive Group, Inc., Dollar Rent a Car, Inc., and DTG Operations, Inc. hereby substitute Keller, Sloan, Roman & Holland LLP, 555 Montgomery Street, 17th Floor, San Francisco, CA 94111, as counsel of record in place of Sheppard, Mullin, Richter & Hampton LLP, Four Embarcadero Center, 17th Floor, San Francisco, CA 94111.

I consent to the above substitution of attorneys.

Dated: June 17, 2013

By: _/s/ William T. Walker_
WILLIAM T. WALKER for
Dollar Thrifty Automotive Group, Inc., Dollar Rent a Car, Inc., and DTG Operations, Inc.

I accept this substitution.

Dated: July 9, 2013 ~~June 17, 2013~~     KELLER, SLOAN, ROMAN & HOLLAND LLP

By: _/s/ Ken Keller_
KENNETH E. KELLER

I accept this substitution.

Dated: June 17, 2013     SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: _/s/ Peter S. Hecker_
PETER S. HECKER
Attorneys for Defendants Dollar Thrifty Automotive Group, Inc., Dollar Rent a Car, Inc., and DTG Operations, Inc.

7/10/2013
IT IS SO ORDERED
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

SUBSTITUTION OF COUNSEL
CASE NO. C12-4457 SC