WHATLEY KALLAS, LLP
Alan M. Mansfield (Of Counsel)
(SBN 125998)
amansfield@whatleykallas.com
1 Sansome Street, 35th Floor, PMB #131
San Francisco, CA 94104
Tel: (415) 860-2503
Fax: (888) 331-9633

10200 Willow Creek Rd., Ste. 160
San Diego, CA 92131
Tel: (619) 308-5034
Fax: (855) 274-1888

WHATLEY KALLAS, LLP
Joe R. Whatley, Jr.
(Admitted *Pro Hac Vice*)
Patrick J. Sheehan
(Admitted *Pro Hac Vice*)
380 Madison Avenue, 23rd Floor
New York, NY 10017
Tel: (212) 447-7060
Fax: (800) 922-4851

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SANDRA McKINNON and KRISTEN TOOL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>DOLLAR THRIFTY AUTOMOTIVE GROUP, INC. d/b/a DOLLAR RENT A CAR; DOLLAR RENT A CAR, INC.; DTG OPERATIONS, INC. d/b/a DOLLAR RENT A CAR; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 12-cv-04457- SC<br><br>CLASS ACTION<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR BRIEFING AND HEARING ON DEFENDANTS' MOTION FOR PROTECTIVE ORDER; DECLARATION OF ALAN M. MANSFIELD IN SUPPORT**<br><br>Current Hearing Date: August 16, 2013<br>Time:   10:00 a.m.<br>Judge:  Hon. Samuel Conti<br>Courtroom: 1<br><br>Proposed New Date: August 23, 2013<br>Time:   10:00 a.m.<br><br>[Complaint Filed:  August 24, 2012] |

1  Pursuant to Fed. R. Civ. P. 15(b)(4), Fed. R. Civ. P. 16(b)(4), and Civil L.R. 7-12, 6-1(b)
2  and 6-2, and the Declaration of Alan M. Mansfield, it is hereby stipulated by and between the
3  parties, through their respective counsel, as follows:

4  WHEREAS, on June 28, 2013, Defendants filed a Motion for Protective Order relating to
5  certain outstanding discovery pursuant to Federal Rule of Civil Procedure 26 (Dkt. No. 66);

6  WHEREAS, on July 8, 2013, the parties filed a Joint Stipulation and Proposed Order to
7  Extend Time for Briefing and Hearing on Defendants' Motion for Protective Order.  (Dkt. No.
8  69);

9  WHEREAS, on July 9, 2013, the Court entered the parties' proposed order.  (Dkt. No. 70).
10 Under the Court's new Order, Plaintiffs' opposition papers were due on or before July 19, 2013,
11 and Defendants' reply papers in support of their motion were due on or before August 2, 2013.
12 Furthermore, the hearing on Defendants' motion was continued to August 16, 2013 at 10:00 a.m.,
13 before this Court unless the motion was assigned to a Magistrate Judge for consideration;

14 WHEREAS, in order to continue their on-going discussions to determine if agreement can
15 be reached on the expeditious and efficient handling of initial discovery, the parties wish to extend
16 the schedule as follows:

17 Plaintiffs' opposition papers in response to Defendants' Motion for Protective Order shall
18 be due on or before July 26, 2013;

19 Defendants' reply papers in support of their Motion for Protective Order shall be due on or
20 before August 9, 2013; and

21 The present hearing date on Defendants' Motion for Protective Order shall be continued to
22 August 23, 2013 at 10:00 a.m., before this Court unless the motion is assigned to a Magistrate
23 Judge for consideration;

24 WHEREAS, the parties will promptly inform the Court if an agreement is reached that
25 moots Defendants' Motion for Protective Order.

26 / / /
27 / / /
28

1  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT the parties

2 agree to the above briefing schedule regarding Defendants' Motion for Protective Order.

3 Dated: July 17, 2013                           WHATLEY KALLAS LLP

4
                                                By:___/s/ Alan M. Mansfield_____
5                                                   ALAN M. MANSFIELD
                                                amansfield@whatleykallas.com
6                                               1 Sansome Street, 35th Floor, PMB #131
                                                San Francisco, CA 94104
7                                               Tel: (415) 860-2503
                                                Fax: (888) 331-9633
8                                               10200 Willow Creek Rd., Ste 160
                                                San Diego, CA 92131
9                                               Tel: (619) 308-5034
                                                Fax: (855) 274-1888
10
                                                JOE R. WHATLEY JR. (Admitted *Pro Hac Vice*)
11                                              jwhatley@whatleykallas.com
                                                PATRICK J. SHEEHAN (Admitted *Pro Hac Vice*)
12                                              psheehan@whatleykallas.com
                                                380 Madison Avenue, 23rd Floor
13                                              New York, NY 10017
                                                Tel: (212) 447-7060
14                                              Fax: (800) 922-4851

15                                              Attorneys for Plaintiffs  SANDRA McKINNON and
                                                KRISTEN TOOL
16

17 Dated: July 17, 2013                          JENNER & BLOCK LLP

18
                                                 By:_____/s/ John F. Ward, Jr._____.
19                                                      JOHN F. WARD, JR.
                                                 ROSS B. BRICKER (Admitted *Pro Hac Vice*)
20                                               rbricker@jenner.com
                                                 JOHN F. WARD, JR. (Admitted *Pro Hac Vice*)
21                                               jward@jenner.com
                                                 JENNER & BLOCK LLP
22                                               353 N. Clark Street
                                                 Chicago, IL 60654-3456
23                                               Telephone:    312-222-9350
                                                 Facsimile:    312-527-0484
24

25                                               KENNETH E. KELLER (State Bar No. 71450)
                                                 kkeller@ksrh.com
26                                               TRACY M. CLEMENTS (State Bar No. 184150)
                                                 tclements@ksrh.com
27

28
                                                -3-
SSTIPULATION TO EXTEND TIME FOR BRIEFING AND HEARING          Case No. 12-cv-04457-SC
 ON DEFTS' MOTION FOR PROTECTIVE ORDER; DECL. IN SUPPORT

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — 7/18/2013 — IT IS SO ORDERED — Judge Samuel Conti]