ROSS B. BRICKER (Admitted *pro hac vice*) rbricker@jenner.com
JOHN F. WARD, JR. (Admitted *pro hac vice*) jward@jenner.com
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456

KENNETH E. KELLER (State Bar No. 71450) kkeller@ksrh.com
TRACY M. CLEMENTS (State Bar No. 184150) tclements@ksrh.com
KELLER, SLOAN, ROMAN & HOLLAND LLP
555 Montgomery Street, 17th Floor
San Francisco, CA 94111
Telephone:  (415) 249-8330
Facsimile:   (415) 249-8333

Attorneys for Defendants DOLLAR THRIFTY
AUTOMOTIVE GROUP, INC., DOLLAR RENT A
CAR, INC. and DTG OPERATIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SANDRA McKINNON and KRISTEN TOOL, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br>   v.<br><br>DOLLAR THRIFTY AUTOMOTIVE GROUP, INC. d/b/a DOLLAR RENT A CAR; DOLLAR RENT A CAR, INC.; DTG OPERATIONS, INC. d/b/a DOLLAR RENT A CAR; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No. 12-cv-04457- SC<br><br>CLASS ACTION<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE THE AUGUST 9, 2013 CASE MANAGEMENT CONFERENCE UNTIL DECEMBER 2013 AND TO WITHDRAW MOTION FOR PROTECTIVE ORDER; DECLARATION OF JOHN F. WARD, JR., IN SUPPORT**<br><br>Current Conf. Date:  August 9, 2013<br>Time:  10:00 a.m.<br>Judge:  Hon. Samuel Conti<br>Courtroom:  1<br><br>[Complaint Filed:  August 24, 2012] |

Pursuant to Fed. R. Civ. P. 16(a) and Civil L.R. 7-7(e), 7-12, 6-1(b) and 6-2, and the Declaration of John F. Ward, Jr., it is hereby stipulated by and between the parties, through their respective counsel, as follows:

1  WHEREAS, the parties have reached an agreement to pursue mediation with a private
2  mediator, commencing in early November 2013;

3  WHEREAS, in anticipation of that mediation, the parties have reached an agreed to pursue
4  targeted discovery over the next several months and to focus their discovery efforts to topics that
5  they agree will allow for a productive and fully informed mediation, to be completed prior to the
6  initial mediation session;

7  WHEREAS, the parties have agreed to work cooperatively and in good faith during this
8  pre-mediation discovery period, and therefore do not anticipate a need for the Court's involvement
9  in that process;

10  WHEREAS, on June 19, 2013, this Court scheduled a case management conference for
11  August 9, 2013 at 10:00 a.m. in Courtroom 1 (Dkt. No. 65);

12  WHEREAS, in order to accommodate the above process, the parties respectfully request
13  that the Court continue the currently-scheduled case management conference until early
14  December, after the conclusion of the parties' planned mediation.  At that time, the parties can
15  inform the Court about their mediation efforts, progress on discovery, and, if necessary, address
16  any scheduling issues that have arisen;

17  WHEREAS, given the plan to conduct focused discovery only over the next several
18  months and the agreement to participate in mediation in November, defendants have agreed to
19  withdraw their pending Motion for Protective Order, filed on June 28, 2013 (Dkt. No. 66),
20  reserving the right to re-file the motion if necessary at a later date.  Plaintiffs' response to that
21  motion is currently due on July 26, 2013 and a motion hearing is scheduled for August 23, 2013
22  (Dkt. No. 75), but neither the response nor the hearing will be necessary at this time;

23  WHEREAS, the parties will promptly inform the Court if the parties reach a settlement in
24  the course of mediation.

25  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT, with the
26  Court's approval, the currently scheduled August 9, 2013 case management conference shall be
27  continued until a date in early December 2013.  The parties further agree that the pending motion

28

-2-

STIPULATION AND [PROPOSED] ORDER TO                                         Case No. 12-cv-04457-SC
CONTINUE CASE MGMT. CONF. AND TO WITHDRAW
MOTION FOR PROTECTIVE ORDER; DECL. IN SUPPORT

for protective order (Dkt. No. 66), shall be withdrawn, without prejudice to defendants' right to re-file the motion if necessary at a later date.  The parties further agree that if this Stipulation and [Proposed] Order is not approved by the Court prior to July 26, 2013, plaintiffs' failure to file a response to defendants' motion for protective order shall not be deemed a lack of opposition to the pending motion, and a time for filing any opposition and reply shall be re-set if needed.

Dated:  July 25, 2013

JENNER & BLOCK LLP

By:            /s/ John F. Ward, Jr.            .
              JOHN F. WARD, JR.

ROSS B. BRICKER (Admitted *Pro Hac Vice*)
rbricker@jenner.com
JOHN F. WARD, JR. (Admitted *Pro Hac Vice*)
jward@jenner.com
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Telephone:    312-222-9350
Facsimile:    312-527-0484

KENNETH E. KELLER (State Bar No. 71450)
kkeller@ksrh.com
TRACY M. CLEMENTS (State Bar No. 184150)
tclements@ksrh.com
KELLER, SLOAN, ROMAN & HOLLAND LLP
555 Montgomery Street, 17th Floor
San Francisco, CA 94111
Telephone:  (415) 249-8330
Facsimile:   (415) 249-8333

Attorneys for Defendants
DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., DOLLAR RENT A CAR, INC. and DTG OPERATIONS, INC.

Dated:  July 25, 2013

WHATLEY KALLAS LLP

By:    /s/ Alan M. Mansfield       
       ALAN M. MANSFIELD

-3-

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MGMT. CONF. AND TO WITHDRAW MOTION FOR PROTECTIVE ORDER; DECL. IN SUPPORT

Case No. 12-cv-04457-SC

amansfield@whatleykallas.com
1 Sansome Street, 35th Floor, PMB #131
San Francisco, CA 94104
Tel: (415) 860-2503
Fax: (888) 331-9633

10200 Willow Creek Rd., Ste 160
San Diego, CA 92131
Tel: (619) 308-5034
Fax: (855) 274-1888

JOE R. WHATLEY JR. (Admitted *Pro Hac Vice*)
jwhatley@whatleykallas.com
PATRICK J. SHEEHAN (Admitted *Pro Hac Vice*)
psheehan@whatleykallas.com
380 Madison Avenue, 23rd Floor
New York, NY 10017
Tel: (212) 447-7060
Fax: (800) 922-4851

Attorneys for Plaintiffs  SANDRA McKINNON and KRISTEN TOOL

**Filer's Attestation:**  Pursuant to L.R. 5-1(i)(3), John F. Ward, Jr., hereby attests that concurrence in the filing of this document has been obtained from all signatories.

## ORDER

**PURSUANT TO STIPULATION**, and good cause appearing, IT IS HEREBY

**ORDERED that:**

1. The Case Management Conference presently scheduled for August 9, 2013 at 10:00 a.m. is hereby continued to December __13__, 2013 at __10:00__ a.m./~~p.m.~~

2. Defendants' Motion for Protective Order (Dkt. No. 66) is withdrawn, and the August 23, 2013 hearing on that motion is vacated.

Dated: July 26, 2013

_____
The Hon. Samuel Conti
United States District Judge

*(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Samuel Conti)*

-4-

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MGMT. CONF. AND TO WITHDRAW MOTION FOR PROTECTIVE ORDER; DECL. IN SUPPORT

Case No. 12-cv-04457-SC