1  WHATLEY KALLAS, LLP
   Alan M. Mansfield (Of Counsel)
2  (SBN 125998)
   amansfield@whatleykallas.com
3  1 Sansome Street, 35th Floor, PMB #131
   San Francisco, CA 94104
4  Tel: (415) 860-2503
   Fax: (888) 331-9633
5
   10200 Willow Creek Rd., Ste. 160
6  San Diego, CA 92131
   Tel: (619) 308-5034
7  Fax: (855) 274-1888

8  WHATLEY KALLAS, LLP
   Joe R. Whatley, Jr.
9  (Admitted *Pro Hac Vice*)
   Patrick J. Sheehan
10 (Admitted *Pro Hac Vice*)
   1180 Avenue of the Americas, 20th Floor
11 New York, NY 10036
   Tel: (212) 447-7060
12 Fax: (800) 922-4851
   [*Additional Counsel Listed on Signature Page*]

13 Attorneys for Plaintiffs

14                    UNITED STATES DISTRICT COURT

15         NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| SANDRA McKINNON and KRISTEN TOOL, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>DOLLAR THRIFTY AUTOMOTIVE GROUP, INC. d/b/a DOLLAR RENT A CAR; DOLLAR RENT A CAR, INC.; DTG OPERATIONS, INC. d/b/a DOLLAR RENT A CAR; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. 12-cv-04457- SC<br><br><u>CLASS ACTION</u><br><br>　　　　　　　　　　MODIFIED<br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO: (1) MODIFY BRIEFING AND HEARING SCHEDULE ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION; (2) ENLARGE PAGE LIMIT FOR THE PARTIES' SUPPORTING AND OPPOSING MEMORANDA; DECLARATION OF ALAN M. MANSFIELD IN SUPPORT**<br><br>Current Hearing Date: April 3, 2015<br>Time:　　　　　　　　10:00 a.m.<br>Judge:　　　　　　　 Hon. Samuel Conti<br>Courtroom:　　　　　 1<br><br>[Complaint Filed: August 24, 2012] |

1   Pursuant to Fed. R. Civ. P. 15(b)(4), Fed. R. Civ. P. 16(b)(4), and Civil L.R. 7-12, 6-1(b) and 6-2, and the Supporting Declaration of Alan M. Mansfield, it is hereby stipulated by and between the parties, through their respective counsel, as follows:

WHEREAS, on May 2, 2014, the Court set the briefing and hearing schedule for Plaintiffs' Motion for Class Certification (Dkt. No. 87), with Plaintiffs' Opening papers due by December 19, 2014; Defendants' Opposition papers due by January 30, 2014; and Plaintiffs' Reply papers due by March 6, 2015, with the Motion hearing date scheduled for Friday, April 3, 2015, at 10:00 a.m.;

WHEREAS, pursuant to L.R. 7-2 a notice of motion and motion must be filed in one document not exceeding 25 pages in length; pursuant to L.R. 7-3 an opposition to a motion may not exceed 25 pages of text; and pursuant to L.R. 7-3(c) a reply to an opposition may not exceed 15 pages of text;

WHEREAS, in a related action, *Friedman, et al. v. Dollar Thrifty Automotive Group, et al.,* U.S. District Court, District of Colorado, Case No. 12-cv-02432-WYD-KMT, the Court has set the hearing on Plaintiffs' motion for class certification for December 18, 2014 at 2:00 p.m., the day before the opening class certification papers are currently due in this action, and the parties are presently in discussions over a deposition schedule that would set certain depositions to take place in early to mid-January 2015;

WHEREAS, in the *Friedman* action, the Court permitted the parties, per several stipulations and orders, to file an opening brief of 30 pages, an opposing brief of 35 pages, and a reply brief of 25 pages due to the scope and complexity of the issues involved;

WHEREAS, based on the recent scheduling order in the *Friedman* action, the parties jointly request that the deadline for filing the Opening, Opposition and Reply papers be modified as follows:  Plaintiffs' Opening papers due December 30, 2014; Defendants' Opposition papers due February 13, 2015; Plaintiffs' Reply papers due March 13, 2015.  The parties also request the hearing date be moved by one week, to Friday, April 10, 2015.

1    WHEREAS, based on their experience in the *Friedman* action, the parties also jointly
2 request that the Court permit them to file opening and opposition briefs in connection with the
3 class certification motion (including the notice of motion) up to 35 pages in length, and permit
4 Plaintiffs to file a reply brief up to 22 pages in length.

5    The grounds for this stipulation are set forth in the accompanying Declaration of Alan M.
6 Mansfield.

7    NOW, THEREFORE, the parties stipulate as follows:

8    1.   That the Court continue the briefing deadlines for the class certification motion as
9 follows:  Plaintiffs' Opening papers due December 30, 2014; Defendants' Opposition papers due
10 February 13, 2015; Plaintiffs' Reply papers due March 13, 2015.

11   2.   That the Court continue the hearing date on the motion for class certification by
12 one week, to Friday April 10, 2015.

13   3.   That the Court permit the parties to file opening and opposition briefs in connection
14 with Plaintiffs' class certification motion of up to 35 pages in length, and permit Plaintiffs' reply
15 brief to be up to 22 pages in length.

Dated:  December 5, 2014                    WHATLEY KALLAS LLP

By:   */s/ Alan M. Mansfield*
      ALAN M. MANSFIELD
amansfield@whatleykallas.com
1 Sansome Street, 35th Floor, PMB #131
San Francisco, CA 94104
Tel: (415) 860-2503
Fax: (888) 331-9633
10200 Willow Creek Rd., Ste 160
San Diego, CA 92131
Tel: (619) 308-5034
Fax: (855) 274-1888

JOE R. WHATLEY JR. (Admitted *Pro Hac Vice*)
jwhatley@whatleykallas.com
PATRICK J. SHEEHAN (Admitted *Pro Hac Vice*)
psheehan@whatleykallas.com
380 Madison Avenue, 23rd Floor
New York, NY 10017
Tel: (212) 447-7060
Fax: (800) 922-4851

|  |  |
|---|---|
|  | SCOTT GARRETT (Admitted *Pro Hac Vice*) |
|  | sgarrett@whatleykallas.com |
|  | 2001 Park Place North, Suite 1000 |
|  | Birmingham, AL 35203 |
|  | Tel: (205) 488-1200 |
|  | Fax: (800) 922-4851 |
|  |  |
|  | Attorneys for Plaintiffs SANDRA McKINNON and KRISTEN TOOL |
| Dated: December 5, 2014 | JENNER & BLOCK LLP |
|  | By: */s/ John F. Ward, Jr.* . |
|  | JOHN F. WARD, JR. |
|  | ROSS B. BRICKER (Admitted *Pro Hac Vice*) |
|  | rbricker@jenner.com |
|  | JOHN F. WARD, JR. (Admitted *Pro Hac Vice*) |
|  | jward@jenner.com |
|  | JENNER & BLOCK LLP |
|  | 353 N. Clark Street |
|  | Chicago, IL 60654-3456 |
|  | Telephone:    312-222-9350 |
|  | Facsimile:    312-527-0484 |
|  |  |
|  | KENNETH E. KELLER (State Bar No. 71450) |
|  | kkeller@ksrh.com |
|  | TRACY M. CLEMENTS (State Bar No. 184150) |
|  | tclements@ksrh.com |
|  | KELLER, SLOAN, ROMAN & HOLLAND LLP |
|  | 555 Montgomery Street, 17th Floor |
|  | San Francisco, CA 94111 |
|  | Telephone:  (415) 249-8330 |
|  | Facsimile:   (415) 249-8333 |
|  |  |
|  | Attorneys for Defendants |
|  | DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., DOLLAR RENT A CAR, INC. and DTG OPERATIONS, INC. |

**Filer's Attestation:**  Pursuant to L.R. 5-1(i)(3), Alan M. Mansfield hereby attests that concurrence in the filing of this document has been obtained from all signatories.

-4-

JR. STIP. TO MODIFY BRIEFING ON CLASS CERTIFICATION;      Case No. 12-cv-04457-SC
TO ENLARGE PAGE LIMITS FOR BRIEFING; DECL. IN SUPPORT

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

1. That briefing deadlines for plaintiffs' class certification motion are as follows: Plaintiffs' Opening papers due December 30, 2014; Defendants' Opposition papers due February 13, 2015; Plaintiffs' Reply papers due March 13, 2015.

2. The Court continues the hearing date on the motion for class certification by one week, to Friday, April ~~10~~ 17, 2015.

3. The parties may file opening and opposition briefs in connection with Plaintiffs' class certification motion of up to 35 pages in length (including the notice of motion), and Plaintiffs' reply brief may be up to 22 pages in length.

Dated: December 8, 2015

_____
The Hon. Samuel Conti
United States District Judge