1  ROSS B. BRICKER [(Admitted Pro Hac Vice)]
   rbricker@jenner.com
2  JOHN F. WARD, JR. [(Admitted Pro Hac Vice)]
   jward@jenner.com
3  JENNER & BLOCK LLP
   353 N. Clark Street
4  Chicago, IL 60654-3456
   Telephone:     312-222-9350
5  Facsimile:     312-527-0484

6  KENNETH E. KELLER (State Bar No. 71450)
   kkeller@ksrh.com
7  TRACY M. CLEMENTS (State Bar No. 184150)
   tclements@ksrh.com
8  KELLER, SLOAN, ROMAN & HOLLAND LLP
   555 Montgomery Street, 17th Floor
9  San Francisco, California 94111
   Telephone:     415.249-8330
10 Facsimile:     415.249-8333

11

   Attorneys for Defendants DOLLAR THRIFTY
12 AUTOMOTIVE GROUP, INC., DOLLAR RENT A
   CAR, INC. and DTG OPERATIONS, INC.
13

14              UNITED STATES DISTRICT COURT

15      NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

16 SANDRA McKINNON and KRISTEN          | Case No. 12-cv-04457- SC
   TOOL, individually and on behalf of all others
17 similarly situated,                  | CLASS ACTION

18              Plaintiffs,             | JOINT STIPULATION AND [PROPOSED]
        v.                              | ORDER TO: (1) PARTIALLY MODIFY
19                                      | BRIEFING SCHEDULE ON
   DOLLAR THRIFTY AUTOMOTIVE            | PLAINTIFFS' MOTION FOR CLASS
20 GROUP, INC. d/b/a DOLLAR RENT A CAR; | CERTIFICATION
   DOLLAR RENT A CAR, INC.; DTG
21 OPERATIONS, INC. d/b/a DOLLAR RENT   | Current Hearing Date: April 17, 2015
   A CAR; and DOES 1-10, inclusive,     | Time:                 10:00 a.m.
22                                      | Judge:                Hon. Samuel Conti
              Defendants.               | Courtroom:            1
23
                                        | [Complaint Filed:  August 24, 2012]
24

25

26

27

28

1    Pursuant to Fed. R. Civ. P. 15(b)(4), Fed. R. Civ. P. 16(b)(4), and Civil L.R. 7-12, 6-1(b)

2  and 6-2, and the Supporting Declaration of John F. Ward, Jr., it is hereby stipulated by and

3  between Plaintiffs and Defendants (together the "Parties"), through their respective counsel, as

4  follows:

5    WHEREAS, on December 9, 2014, the Court adopted the Parties' Stipulation and entered

6  an Order revising the briefing and hearing schedule for Plaintiffs' Motion for Class Certification

7  (ECF Nos. 90, 91), with Plaintiffs' Opening papers due by December 30, 2014; Defendants'

8  Opposition papers due by February 13, 2015; and Plaintiffs' Reply papers due by March 13, 2015,

9  with the Motion hearing date scheduled for Friday, April 17, 2015;

10    WHEREAS, Plaintiffs filed their Opening papers on December 30, 2014 (ECF No. 92);

11    WHEREAS, the Parties wish to depose certain witnesses before Defendants' Opposition

12  papers are due and before Plaintiffs' Reply papers are due;

13    WHEREAS, several of the witnesses whom the Parties wish to depose will not be available

14  sufficiently in advance of the current briefing deadlines.

15    The grounds for this stipulation are set forth in the accompanying Declaration of John F.

16  Ward, Jr.

17    NOW, THEREFORE, the parties stipulate as follows:

18    1.    That the Court continue the deadlines for the Opposition and Reply papers as

19  follows:  Defendants' Opposition papers due March 6, 2015; Plaintiffs' Reply papers due April

20  10, 2015.

21    2.    That the Court continue the Motion hearing date to May 14, 2015 or a later

22  mutually available date that the Court is available.

23

24  Dated: January 20, 2015                    JENNER & BLOCK LLP

25                                             By:_____/s/ John F. Ward, Jr._____.
                                                      JOHN F. WARD, JR.
26                                             ROSS B. BRICKER (Admitted *Pro Hac Vice*)
                                               rbricker@jenner.com
27

28

STIP. TO PARTIALLY MODIFY BRIEFING ON CLASS CERTIFICATION        Case No. 12-cv-04457-SC

1   JOHN F. WARD, JR. (Admitted *Pro Hac Vice*)
    jward@jenner.com
2   JENNER & BLOCK LLP
    353 N. Clark Street
3   Chicago, IL 60654-3456
    Telephone:   312-222-9350
4   Facsimile:   312-527-0484

5
    KENNETH E. KELLER (State Bar No. 71450)
6   kkeller@ksrh.com
    TRACY M. CLEMENTS (State Bar No. 184150)
7   tclements@ksrh.com
    KELLER, SLOAN, ROMAN & HOLLAND LLP
8   555 Montgomery Street, 17th Floor
    San Francisco, CA 94111
9   Telephone:  (415) 249-8330
10  Facsimile:   (415) 249-8333

11  Attorneys for Defendants
    DOLLAR THRIFTY AUTOMOTIVE GROUP,
12  INC., DOLLAR RENT A CAR, INC. and DTG
    OPERATIONS, INC.
13
    Dated:  January 20, 2015         WHATLEY KALLAS LLP
14
15  By:___/s/ Alan M. Mansfield_____
    ALAN M. MANSFIELD
16  amansfield@whatleykallas.com
    1 Sansome Street, 35th Floor, PMB #131
17  San Francisco, CA 94104
    Tel: (415) 860-2503
18  Fax: (888) 331-9633
    10200 Willow Creek Rd., Ste 160
19  San Diego, CA 92131
    Tel: (619) 308-5034
20  Fax: (855) 274-1888

21  JOE R. WHATLEY JR. (Admitted *Pro Hac Vice*)
    jwhatley@whatleykallas.com
22  PATRICK J. SHEEHAN (Admitted *Pro Hac Vice*)
    psheehan@whatleykallas.com
23  380 Madison Avenue, 23rd Floor
    New York, NY 10017
24  Tel: (212) 447-7060
    Fax: (800) 922-4851
25
    SCOTT GARRETT (Admitted *Pro Hac Vice*)
26  sgarrett@whatleykallas.com
    2001 Park Place North, Suite 1000
27  Birmingham, AL 35203
28

-3-

Tel: (205) 488-1200

Fax: (800) 922-4851

Attorneys for Plaintiffs  SANDRA McKINNON and
KRISTEN TOOL

**Filer's Attestation:**  Pursuant to L.R. 5-1(i)(3), John F. Ward, Jr. hereby attests that concurrence
in the filing of this document has been obtained from all signatories.

1

**ORDER**

2      PURSUANT TO STIPULATION, IT IS SO ORDERED that:

3      1.     The deadline for Defendants to file their Opposition to class certification is

4 continued to March 6, 2015, and the deadline for Plaintiffs to file their Reply is continued to April

5 10, 2015.

6      2.     The date for the hearing on the Motion for Class Certification is continued to

7 May 1̶4̶ 15, 2015.

8 Dated: January ___, 2015



9           The Hon. Samuel Conti

          United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-5-

STIP. TO PARTIALLY MODIFY BRIEFING ON CLASS CERTIFICATION      Case No. 12-cv-04457-SC