ROSS B. BRICKER [(Admitted Pro Hac Vice)]
rbricker@jenner.com
JOHN F. WARD, JR. [(Admitted Pro Hac Vice)]
jward@jenner.com
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Telephone:     312-222-9350
Facsimile:      312-527-0484

KENNETH E. KELLER (State Bar No. 71450)
kkeller@ksrh.com
TRACY M. CLEMENTS (State Bar No. 184150)
tclements@ksrh.com
KELLER, SLOAN, ROMAN & HOLLAND LLP
555 Montgomery Street, 17th Floor
San Francisco, California 94111
Telephone:     415.249-8330
Facsimile:      415.249-8333

Attorneys for Defendants DOLLAR THRIFTY
AUTOMOTIVE GROUP, INC., DOLLAR RENT A
CAR, INC. and DTG OPERATIONS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| SANDRA McKINNON and KRISTEN TOOL, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br>          v.<br><br>DOLLAR THRIFTY AUTOMOTIVE GROUP, INC. d/b/a DOLLAR RENT A CAR; DOLLAR RENT A CAR, INC.; DTG OPERATIONS, INC. d/b/a DOLLAR RENT A CAR; and DOES 1-10, inclusive,<br><br>     Defendants. | Case No. 12-cv-04457- SC<br><br>CLASS ACTION<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO PARTIALLY MODIFY BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Current Hearing Date: May 15, 2015<br>Time:                          10:00 a.m.<br>Judge:                         Hon. Samuel Conti<br>Courtroom:                1<br><br>[Complaint Filed:  August 24, 2012] |

Pursuant to Fed. R. Civ. P. 15(b)(4), Fed. R. Civ. P. 16(b)(4), and Civil L.R. 7-12, 6-1(b) and 6-2, and the Supporting Declaration of John F. Ward, Jr., it is hereby stipulated by and between Plaintiffs and Defendants (together the "Parties"), through their respective counsel, as follows:

WHEREAS, on January 21, 2015, the Court adopted the Parties' Stipulation and entered an Order revising the briefing and hearing schedule for Plaintiffs' Motion for Class Certification (ECF No. 99), with Defendants' Opposition papers due by March 6, 2015, Plaintiffs' Reply papers due by April 10, 2015, with the Motion hearing date scheduled for Friday, May 15, 2015;

WHEREAS, Plaintiffs' counsel have brought a parallel case against Defendants, *Friedman v. Dollar*, No. 12-cv-2432-WYD-KMT (D. Colo.), in which the court has ordered expedited briefing over the next several weeks, with Defendants' opposition to class certification due March 18, 2015 and plaintiffs' reply brief due April 6, 2015;

WHEREAS, the Parties wish to avoid scheduling conflicts between this case and the *Friedman* case;

WHEREAS, the Parties wish to coordinate overlapping depositions between this case and the *Friedman* case, and the Parties wish to depose certain witnesses before the current briefing deadlines in both cases;

WHEREAS, some of the witnesses whom the Parties wish to depose will not be available sufficiently in advance of the current briefing deadlines.

The grounds for this stipulation are set forth in the accompanying Declaration of John F. Ward, Jr.

NOW, THEREFORE, the parties stipulate as follows:

1. That the Court continue the deadlines for the Opposition and Reply papers as follows: Defendants' Opposition papers due April 3, 2015; Plaintiffs' Reply papers due May 1, 2015.

2. That the Court continue the Motion hearing date to June 5, 2015 or a later mutually available date that the Court is available.

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | Dated: February 20, 2015 | JENNER & BLOCK LLP |
| 3 | | By: _____/s/ John F. Ward, Jr._ _____ |
| 4 | | JOHN F. WARD, JR. |
| | | ROSS B. BRICKER (Admitted *Pro Hac Vice*) |
| 5 | | rbricker@jenner.com |
| | | JOHN F. WARD, JR. (Admitted *Pro Hac Vice*) |
| 6 | | jward@jenner.com |
| | | JENNER & BLOCK LLP |
| 7 | | 353 N. Clark Street |
| | | Chicago, IL 60654-3456 |
| 8 | | Telephone:    312-222-9350 |
| 9 | | Facsimile:     312-527-0484 |

Dated: February 20, 2015

JENNER & BLOCK LLP

By: _____/s/ John F. Ward, Jr._ _____
JOHN F. WARD, JR.
ROSS B. BRICKER (Admitted *Pro Hac Vice*)
rbricker@jenner.com
JOHN F. WARD, JR. (Admitted *Pro Hac Vice*)
jward@jenner.com
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Telephone:    312-222-9350
Facsimile:     312-527-0484

KENNETH E. KELLER (State Bar No. 71450)
kkeller@ksrh.com
TRACY M. CLEMENTS (State Bar No. 184150)
tclements@ksrh.com
KELLER, SLOAN, ROMAN & HOLLAND LLP
555 Montgomery Street, 17th Floor
San Francisco, CA 94111
Telephone:  (415) 249-8330
Facsimile:   (415) 249-8333

Attorneys for Defendants
DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., DOLLAR RENT A CAR, INC. and DTG OPERATIONS, INC.

Dated: February 20, 2015

WHATLEY KALLAS LLP

By: _____ /s/ Alan M. Mansfield_____
ALAN M. MANSFIELD
amansfield@whatleykallas.com
1 Sansome Street, 35th Floor, PMB #131
San Francisco, CA 94104
Tel: (415) 860-2503
Fax: (888) 331-9633
10200 Willow Creek Rd., Ste 160
San Diego, CA 92131
Tel: (619) 308-5034
Fax: (855) 274-1888

JOE R. WHATLEY JR. (Admitted *Pro Hac Vice*)
jwhatley@whatleykallas.com
PATRICK J. SHEEHAN (Admitted *Pro Hac Vice*)
psheehan@whatleykallas.com

1
2
3
4
5
6
7
8

380 Madison Avenue, 23rd Floor
New York, NY 10017
Tel: (212) 447-7060
Fax: (800) 922-4851

SCOTT GARRETT (Admitted *Pro Hac Vice*)
sgarrett@whatleykallas.com
2001 Park Place North, Suite 1000
Birmingham, AL 35203
Tel: (205) 488-1200
Fax: (800) 922-4851

Attorneys for Plaintiffs  SANDRA McKINNON and KRISTEN TOOL

9
10

**Filer's Attestation:**  Pursuant to L.R. 5-1(i)(3), John F. Ward, Jr. hereby attests that concurrence in the filing of this document has been obtained from all signatories.

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

1. The deadline for Defendants to file their Opposition to class certification is continued to April 3, 2015, and the deadline for Plaintiffs to file their Reply is continued to May 1, 2015.

2. The date for the hearing on the Motion for Class Certification is continued to ~~June 5, 2015.~~ June 12, 2015.

Dated:  February 23, 2015



The Hon. Samuel Conti
United States District Judge