ROSS B. BRICKER [(Admitted Pro Hac Vice)]
rbricker@jenner.com
JOHN F. WARD, JR. [(Admitted Pro Hac Vice)]
jward@jenner.com
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: 312-222-9350
Facsimile: 312-527-0484

KENNETH E. KELLER (State Bar No. 71450)
kkeller@ksrh.com
TRACY M. CLEMENTS (State Bar No. 184150)
tclements@ksrh.com
KELLER, SLOAN, ROMAN & HOLLAND LLP
555 Montgomery Street, 17th Floor
San Francisco, California 94111
Telephone: 415-249-8330
Facsimile: 415-249-8333

Attorneys for Defendants DOLLAR THRIFTY
AUTOMOTIVE GROUP, INC., DOLLAR RENT A
CAR, INC. and DTG OPERATIONS, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| SANDRA McKINNON and KRISTEN TOOL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>DOLLAR THRIFTY AUTOMOTIVE GROUP, INC. d/b/a DOLLAR RENT A CAR; DOLLAR RENT A CAR, INC.; DTG OPERATIONS, INC., d/b/a DOLLAR RENT A CAR; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 12-cv-4457 SC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY REGARDING CLASS CERTIFICATION**<br><br>Hearing Date: June 12, 2015<br>Time: 10:00 a.m.<br>Courtroom: 1<br>Judge: Honorable Samuel Conti<br><br>[Complaint Filed: August 24, 2012] |

---

[PROPOSED] ORDER GRANTING DEFENDANTS'
ADMINISTRATIVE MOTION FOR LEAVE TO FILE A SUR-REPLY
Case No. 12-cv-04457-SC

Having considered Defendants' Administrative Motion for Leave to File a Sur-reply in Opposition to Plaintiffs' Motion for Class Certification, and good cause appearing, IT IS HEREBY ORDERED that Defendants' Administrative Motion for Leave to File a Sur-reply to Plaintiffs' Motion for Class Certification is GRANTED.  Defendants shall file the proposed Sur-Reply attached as Exhibit A to their Administrative Motion forthwith.

IT IS SO ORDERED.

DATED: 6/1/2015

_____
Samuel Conti
United States District Judge