1   ROSS B. BRICKER [(Admitted Pro Hac Vice)]
    rbricker@jenner.com
2   JOHN F. WARD, JR. [(Admitted Pro Hac Vice)]
    jward@jenner.com
3   DANIEL J. WEISS [(Admitted Pro Hac Vice)]
    dweiss@jenner.com
4   JENNER & BLOCK LLP
    353 N. Clark Street
5   Chicago, IL 60654-3456
    Telephone:     312-222-9350
6   Facsimile:     312-527-0484

7   KENNETH E. KELLER (State Bar No. 71450)
    kkeller@ksrh.com
8   TRACY M. CLEMENTS (State Bar No. 184150)
    tclements@ksrh.com
9   KELLER, SLOAN, ROMAN & HOLLAND LLP
    555 Montgomery Street, 17th Floor
10  San Francisco, California 94111
    Telephone:     415.249-8330
11  Facsimile:     415.249-8333

12
    Attorneys for Defendants DOLLAR THRIFTY
13  AUTOMOTIVE GROUP, INC., DOLLAR RENT A
    CAR, INC. and DTG OPERATIONS, INC.
14

15              UNITED STATES DISTRICT COURT

16     NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

17  SANDRA McKINNON and KRISTEN          Case No. 12-cv-04457- SC
    TOOL, individually and on behalf of all others
18  similarly situated,                  **STIPULATION AND [~~PROPOSED~~]**
                                         **ORDER TO:  (1) ENLARGE TIME TO**
19              Plaintiffs,              **RESPOND TO AMENDED MOTION FOR**
                                         **CLASS CERTIFICATION AND MOTION**
         v.                              **TO GRANT REQUEST FOR**
20                                       **INTERVENTION AND TO FILE**
    DOLLAR THRIFTY AUTOMOTIVE             **FOURTH AMENDED COMPLAINT; AND**
21  GROUP, INC. d/b/a DOLLAR RENT A CAR;  **(2) CONTINUE HEARING DATE**
    DOLLAR RENT A CAR, INC.; DTG
22  OPERATIONS, INC. d/b/a DOLLAR RENT
    A CAR; and DOES 1-10, inclusive,
23                                       Current Hearing Date: October 30, 2015
                Defendants.              Time:              10:00 a.m.
24                                       Judge:             Hon. Samuel Conti
                                         Courtroom:         1
25
                                          [Complaint Filed:  August 24, 2012]
26

27

28

STIPULATION AND [PROPOSED] ORDER TO
ENLARGE TIME
Case No. 12-cv-04457-SC
2384890.4

Pursuant to Fed. R. Civ. P. 6(b)(1) and 16(b)(4); Civil L.R. 7-12, 6-1(b), and 6-2; and the Supporting Declaration of Daniel J. Weiss, it is hereby stipulated by and between Plaintiffs and Defendants (together the "Parties"), through their respective counsel, as follows:

WHEREAS, on July 27, 2015, the Court denied Plaintiffs' Motion for Class Certification and ordered that Plaintiffs could file a new motion for class certification within 30 days, by August 26, 2015 (ECF No. 132);

WHEREAS, on August 26, 2015, Plaintiffs filed a Motion to Grant Request for Intervention and to File Fourth Amended Complaint (ECF Nos. 133, 134) (the "Intervention Motion") and an Amended Motion for Class Certification (the "Class Certification Motion");

WHEREAS, Defendants' responses to both of Plaintiffs' motions are currently due by September 9, 2015;

WHEREAS, Defendants intend to respond to the Intervention Motion separately from the Class Certification Motion and desire to set different briefing schedules for those motions;

WHEREAS, Defendants submit they require discovery to respond to the Class Certification Motion, including depositions of the two newly proposed plaintiffs, which must be coordinated with counsel's and the witnesses' schedules, and depending on Defendants' response, Plaintiffs may require discovery, including depositions of any Declarants proffered by Defendants (both parties reserving the right to object to such discovery);

WHEREAS, the grounds for this stipulation are further set forth in the accompanying Declaration of Daniel J. Weiss.

NOW, THEREFORE, the Parties stipulate as follows:

1.      That the Court enlarge the time for Defendants to respond to Plaintiffs' Intervention Motion (ECF No. 134) to September 23, 2015, and the time for Plaintiffs to reply to Defendants' response to the Intervention Motion to October 14, 2015.

2.      That the Court enlarge the time for Defendants to respond to Plaintiffs' Class Certification Motion (ECF No. 133) to October 14, 2015, and the time for Plaintiffs to reply to Defendants' response to the Class Certification Motion to November 19, 2015.

1      3.      That the Court continue the hearing date on both motions to December 11, 2015 or

2  another date available to the Court and counsel for the Parties.

3

4

5  Dated:  September 3, 2015                          JENNER & BLOCK LLP

6                                                     By:_____/s/ Daniel J. Weiss_____

7                                                          DANIEL J. WEISS
                                                     ROSS B. BRICKER (Admitted *Pro Hac Vice*)
8                                                    rbricker@jenner.com
                                                     JOHN F. WARD, JR. (Admitted *Pro Hac Vice*)
9                                                    jward@jenner.com
                                                     DANIEL J. WEISS (Admitted *Pro Hac Vice*)
10                                                   dweiss@jenner.com
                                                     JENNER & BLOCK LLP
11                                                   353 N. Clark Street
                                                     Chicago, IL 60654-3456
12                                                   Telephone:    312-222-9350
                                                     Facsimile:    312-527-0484
13

14                                                   KENNETH E. KELLER (State Bar No. 71450)
                                                     kkeller@ksrh.com
15                                                   TRACY M. CLEMENTS (State Bar No. 184150)
                                                     tclements@ksrh.com
16                                                   KELLER, SLOAN, ROMAN & HOLLAND LLP
                                                     555 Montgomery Street, 17th Floor
17                                                   San Francisco, CA 94111
                                                     Telephone:  (415) 249-8330
18                                                   Facsimile:   (415) 249-8333
19
                                                     Attorneys for Defendants
20                                                   DOLLAR THRIFTY AUTOMOTIVE GROUP,
                                                     INC., DOLLAR RENT A CAR, INC. and DTG
21                                                   OPERATIONS, INC.

22

23

24

25

26

27

28

- 3 -

Dated:  September 3, 2015

WHATLEY KALLAS LLP

By:_____ */s/ Alan M. Mansfield*_____
ALAN M. MANSFIELD
amansfield@whatleykallas.com
1 Sansome Street, 35th Floor, PMB #131
San Francisco, CA 94104
Tel: (415) 860-2503
Fax: (888) 331-9633
10200 Willow Creek Rd., Ste 160
San Diego, CA 92131
Tel: (619) 308-5034
Fax: (855) 274-1888

JOE R. WHATLEY JR. (Admitted *Pro Hac Vice*)
jwhatley@whatleykallas.com
PATRICK J. SHEEHAN (Admitted *Pro Hac Vice*)
psheehan@whatleykallas.com
380 Madison Avenue, 23rd Floor
New York, NY 10017
Tel: (212) 447-7060
Fax: (800) 922-4851

SCOTT GARRETT (Admitted *Pro Hac Vice*)
sgarrett@whatleykallas.com
2001 Park Place North, Suite 1000
Birmingham, AL 35203
Tel: (205) 488-1200
Fax: (800) 922-4851

Attorneys for Plaintiffs  SANDRA McKINNON and
KRISTEN TOOL and Proposed Plaintiff-Intervenors
Melinda Basker and Chanh Tran

**Filer's Attestation:**  Pursuant to L.R. 5-1(i)(3), Daniel J. Weiss hereby attests that concurrence in the filing of this document has been obtained from all signatories.

- 4 -

STIPULATION AND [PROPOSED] ORDER TO
ENLARGE TIME
Case No. 12-cv-04457-SC

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

1.      Defendants' Response to Plaintiffs' Motion To Grant Request For Intervention And To File Fourth Amended Complaint is due on September 23, 2015, and Plaintiffs' reply thereto is due on October 14, 2015.

2.      Defendants' Response to Plaintiffs' Amended Motion For Class Certification is due on October 14, 2015, and Plaintiffs' reply thereto is due on November 19, 2015.

3.      The date of the hearing for both motions is continued to December 11, 2015.

Dated:  September _4_, 2015

_____
The Hon. Samuel Conti
United States District Judge