1  ROSS B. BRICKER [(Admitted Pro Hac Vice)]
   rbricker@jenner.com
2  JOHN F. WARD, JR. [(Admitted Pro Hac Vice)]
   jward@jenner.com
3  DANIEL J. WEISS [(Admitted Pro Hac Vice)]
   dweiss@jenner.com
4  JENNER & BLOCK LLP
   353 N. Clark Street
5  Chicago, IL 60654-3456
   Telephone:    312-222-9350
6  Facsimile:    312-527-0484

7  KENNETH E. KELLER (State Bar No. 71450)
   kkeller@ksrh.com
8  TRACY M. CLEMENTS (State Bar No. 184150)
   tclements@ksrh.com
9  KELLER, SLOAN, ROMAN & HOLLAND LLP
   555 Montgomery Street, 17th Floor
10 San Francisco, California 94111
   Telephone:    415.249-8330
11 Facsimile:    415.249-8333

12

13 Attorneys for Defendants DOLLAR THRIFTY
   AUTOMOTIVE GROUP, INC., DOLLAR RENT A
14 CAR, INC. and DTG OPERATIONS, INC.

15                  UNITED STATES DISTRICT COURT

16                  NORTHERN DISTRICT OF CALIFORNIA

17                     SAN FRANCISCO DIVISION

18

| | |
|---|---|
| SANDRA McKINNON and KRISTEN TOOL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DOLLAR THRIFTY AUTOMOTIVE GROUP, INC. d/b/a DOLLAR RENT A CAR; DOLLAR RENT A CAR, INC.; DTG OPERATIONS, INC. d/b/a DOLLAR RENT A CAR; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 12-cv-04457- SC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO (1) ENLARGE TIME TO RESPOND TO AMENDED MOTION FOR CLASS CERTIFICATION AND (2) CONTINUE HEARING DATE**<br><br>Current Hearing Date: December 11, 2015<br>Time:             10:00 a.m.<br>Judge:            Hon. Samuel Conti<br>Courtroom:        1<br><br>[Complaint Filed: August 24, 2012] |

Pursuant to Fed. R. Civ. P. 6(b)(1) and 16(b)(4); Civil L.R. 7-12, 6-1(b), and 6-2; and the Supporting Declaration of Daniel J. Weiss, it is hereby stipulated by and between Plaintiffs and Defendants (together the "Parties"), through their respective counsel, as follows:

WHEREAS, on July 27, 2015, the Court denied Plaintiffs' Motion for Class Certification and ordered that Plaintiffs could file a new motion for class certification within 30 days, by August 26, 2015 (ECF No. 132);

WHEREAS, on August 26, 2015, Plaintiffs filed their Amended Motion for Class Certification (ECF No. 133, the "Motion");

WHEREAS, on September 3, 2015, Plaintiffs and Defendants (together, the "Parties") filed a Stipulation and Proposed Order to extend the briefing schedule (ECF No. 135);

WHEREAS, the Court entered an Order pursuant to the Parties' Stipulation, whereby Dollar's response is currently due by October 14, 2015, Plaintiffs' reply is due, and a hearing is scheduled for December 11, 2015.  (ECF No. 136.)

WHEREAS, Defendants submit they require further discovery to respond to the Motion (Plaintiffs reserving the right to object to such discovery);

WHEREAS, Plaintiffs submit they may also require further discovery to reply to Defendant's opposition (Defendants reserving the right to object to such discovery);

WHEREAS, the grounds for this stipulation are further set forth in the accompanying Declaration of Daniel J. Weiss.

NOW, THEREFORE, the Parties stipulate as follows:

1. That the Court enlarge the time for Defendants to respond to Plaintiffs' Motion (ECF No. 133) to November 9, 2015, and the time for Plaintiffs to reply to Defendants' response to the Motion to December 17, 2015.

2. That the Court continue the hearing date on both motions to the next available hearing date after January 11, 2016.

///

///

1 | Dated: September 30, 2015                    JENNER & BLOCK

By:     /s/ Daniel J. Weiss
DANIEL J. WEISS
Attorneys for Defendants
DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., DOLLAR RENT A CAR, INC. and DTG OPERATIONS, INC.

Dated: September 30, 2015                    WHATLEY KALLAS LLP

By:     /s/ Alan M. Mansfield
ALAN M. MANSFIELD
Attorneys for Plaintiffs
SANDRA McKINNON and KRISTEN TOOL and Proposed Plaintiff-Intervenors Melinda Basker and Chanh Tran

**Filer's Attestation:** Pursuant to L.R. 5-1(i)(3), Daniel J. Weiss hereby attests that concurrence in the filing of this document has been obtained from all signatories.

2

STIPULATION AND [PROPOSED] ORDER TO (1) ENLARGE TIME TO RESPOND TO AMENDED MOTION FOR CLASS CERTIFICATION AND (2) CONTINUE HEARING DATE
Case No.: 12-cv-04457-SC

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

1. Defendants' Response to Plaintiffs' Amended Motion For Class Certification is due on November 9, 2015, and Plaintiffs' reply thereto is due on December 17, 2015.

2. The date of the hearing ~~for both motions~~ is continued to January 29, 2016.

Dated: _____10/01__, 2015             _____
                                      HON. SAMUEL CONTI
                                      United States District Judge