WHATLEY KALLAS, LLP
Alan M. Mansfield (Of Counsel)
(SBN 125998)
amansfield@whatleykallas.com
1 Sansome Street, 35th Floor, PMB #131
San Francisco, CA 94104
Tel: (415) 860-2503
Fax: (888) 331-9633

10200 Willow Creek Rd., Ste. 160
San Diego, CA 92131
Tel: (619) 308-5034
Fax: (855) 274-1888

WHATLEY KALLAS, LLP
Joe R. Whatley, Jr.
(Admitted *Pro Hac Vice*)
Patrick J. Sheehan
(Admitted *Pro Hac Vice*)
1180 Avenue of the Americas, 20th Floor
New York, NY 10036
Tel: (212) 447-7060
Fax: (800) 922-4851

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SANDRA McKINNON and KRISTEN TOOL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DOLLAR THRIFTY AUTOMOTIVE GROUP, INC. d/b/a DOLLAR RENT A CAR; DOLLAR RENT A CAR, INC.; DTG OPERATIONS, INC. d/b/a DOLLAR RENT A CAR; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 12-cv-04457-YGR<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO: (1) MODIFY BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION; (2) SET DATES FOR CASE MANAGEMENT CONFERENCE AND MOTION FOR CLASS CERTIFICATION**<br><br>**\*AS MODIFIED BY THE COURT\***<br><br>Current Hearing Date: February 9, 2016<br>Time: 2 p.m.<br>Judge: Hon. Yvonne Gonzalez Rogers<br>Courtroom: 1, 4th Floor<br><br>[Complaint Filed: August 24, 2012] |

Defendants ("Dollar") and Plaintiffs (collectively, the "Parties") file this joint stipulation pursuant to Fed. R. Civ. P. 16(b)(4); and Civil L.R. 7-12, 6-1(b), and 6-2 to request that the Court: (1) continue the date of the Case Management Conference and hearing on the pending motion for class certification so that both matters are heard on the same date, as set forth below, and (2) modify the deadline for filing the reply brief related to Plaintiffs' Amended Motion for Class Certification as set forth below.

1. **Case Management Conference Date.** On December 4, 2015, the Court entered a Case Management Scheduling Order, providing for a Case Management Conference on February 22_, 2016 at 2 p.m.  (ECF No. 151.)  The Parties jointly request, for the reasons set forth in the attached declaration of Alan M. Mansfield, that the Court amend the Case Management Scheduling Order to set the Case Management Conference as the same date as the hearing on the pending motion for class certification.

2. **Briefing and Hearing Schedule on Class Certification Motion.** On November 18, 2015, the Court granted the Parties' motion to amend the briefing and hearing schedule for Plaintiffs' Amended Motion for Class Certification ("Amended Motion").  (ECF No. 147.)  Under the current briefing schedule, Plaintiffs' Reply papers in support of the Amended Motion are due by January 12, 2016, and the hearing on the motion is set for February 9, 2016.  As set forth in the Declaration of Alan M. Mansfield, in connection with their Opposition Dollar submitted the Declarations of several individuals, including three Dollar employees in Southern California.  Based on negotiations between counsel for the parties, depositions of those Declarants have just recently been set for January 14, 2016.  As a result, the parties are in agreement to move the deadline for Plaintiffs to file the reply brief for two weeks, until January 26, 2016, and continue the hearing date on the motion for class certification to February 22, 2016, the present date as the Case Management Conference.

JOINT STIPULATION AND [~~PROPOSED~~]  ORDER TO: (1) MODIFY BRIEFING  SCHEDULE ON PLAINTIFFS'
MOTION  FOR CLASS CERTIFICATION                                               Case No. 12-cv-04457-MMC

If the Court prefers to hold a hearing on this motion on February 23, 2016 on its regular motion calendar date, the parties would request the Case Management Conference be continued to take place on that date.

Dated: January 8, 2016

WHATLEY KALLAS LLP

By: _____*/s/ Alan M. Mansfield*
ALAN M. MANSFIELD
amansfield@whatleykallas.com
1 Sansome Street, 35th Floor, PMB #131
San Francisco, CA 94104
Tel: (415) 860-2503
Fax: (888) 331-9633
10200 Willow Creek Rd., Ste 160
San Diego, CA 92131
Tel: (619) 308-5034
Fax: (855) 274-1888

JOE R. WHATLEY JR. (Admitted Pro Hac Vice)
jwhatley@whatleykallas.com
PATRICK J. SHEEHAN (Admitted Pro Hac Vice)
psheehan@whatleykallas.com
380 Madison Avenue, 23rd Floor
New York, NY 10017
Tel: (212) 447-7060
Fax: (800) 922-4851

S. SCOTT GARRETT (Admitted Pro Hac Vice)
sgarrett@whatleykallas.com
2001 Park Place North, Suite 1000
Birmingham, AL 35203
Tel: (205) 488-1200
Fax: (800) 922-4851

Attorneys for Plaintiffs

Dated: January 8, 2016

JENNER & BLOCK LLP

By: _____*/s/ Daniel J. Weiss*
Daniel J. Weiss

ROSS B. BRICKER (Admitted Pro Hac Vice)
rbricker@jenner.com
JOHN F. WARD, JR. (Admitted Pro Hac Vice)
jward@jenner.com
DANIEL J. WEISS (Admitted Pro Hac Vice)
dweiss@jenner.com
JENNER & BLOCK LLP
353 N. Clark Street Chicago, IL 60654-3456
Telephone: 312-222-9350
Facsimile: 312-527-0484

|   |   |
|---|---|
| 1 | KENNETH E. KELLER (State Bar No. 71450) |
|   | kkeller@ksrh.com |
| 2 | TRACY M. CLEMENTS (State Bar No. 184150) |
|   | tclements@ksrh.com |
| 3 | KELLER, SLOAN, ROMAN & HOLLAND LLP |
|   | 555 Montgomery Street, 17th Floor |
| 4 | San Francisco, CA 94111 |
|   | Telephone: (415) 249-8330 |
|   | Facsimile: (415) 249-8333 |

Attorneys for Defendants DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., DOLLAR RENT A CAR, INC. and DTG OPERATIONS, INC.

**Filer's Attestation**: Pursuant to L.R. 5-1(i)(3), Alan M. Mansfield hereby attests that concurrence in the filing of this document has been obtained from all signatories.

3

JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY SCHEDULE         Case No. 12-cv-04457-YGR

**ORDER**

PURSUANT TO THE PARTIES' STIPULATION, IT IS ORDERED that:

1. Plaintiffs' Reply In Support of the Amended Motion for Class Certification is due on January 26, 2016.

2. The hearing on Plaintiffs' class certification motion is **CONTINUED** to February 23, 2016 at 2 p.m.

3. The Case Management Conference is also **CONTINUED** and shall be held at the same date and time as the hearing on Plaintiffs' class certification motion.

This Order terminates Docket Number 157.

Dated: January 12, 2016

The Hon. Yvonne Gonzalez Rogers
United States District Judge

[PROPOSED] ORDER                                         Case No. 12-cv-04457-MMC