UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SANDRA MCKINNON, ET AL.,**<br><br>          Plaintiffs,<br><br>   v.<br><br>**DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., ET AL.,**<br><br>          Defendants. | Case No.  12-cv-04457-YGR<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE HEREBY NOTIFIED THAT the Case Management Conference in this matter is **CONTINUED** from May 23, 2016 to **Monday, October 17, 2016** at **2:00 p.m.** in the Ronald V. Dellums Federal Building, located at 1301 Clay Street, Oakland, California, Courtroom 1.

**IT IS SO ORDERED.**

Dated: May 18, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**